IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHIRLEY PETERS, Special Administrator of the Estate of JIMMY PETERS, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>COVENANT CARE MIDWEST, INC. d/b/a NEBRASKA SKILLED NURSING AND REHABILITATION,<br>Defendant. | Case No. 8:08 CV 453<br><br>Motion for Summary Judgment |

COMES NOW Defendant Covenant Care Midwest, Inc. d/b/a Nebraska Skilled Nursing and Rehabilitation ("Covenant Care"), pursuant to FED. R. CIV. P. 56(a) and (c) and NELR 56.1, and hereby moves the Court for summary judgment in favor of Covenant Care against the Plaintiff, on the claims for relief in the Complaint filed by Plaintiff against the Defendants on or about July 25, 2008 in the District Court of Douglas County, Nebraska, and subsequently removed to this Court, for the reason there is no genuine issue as to any material fact and Covenant Care is entitled to judgment as a matter of law.

Dated this 13th day of July, 2009.

4840-8434-1251.1

        COVENANT CARE MIDWEST, INC. d/b/a
        NEBRASKA SKILLED NURSING AND
        REHABILITATION, Defendant.

        By: s/ Robert M. Slovek
        Robert M. Slovek, No. 17798
        Heather H. Anschutz, No. 22906
        Kutak Rock LLP
        The Omaha Building
        1650 Farnam Street
        Omaha, NE  68102-2186
        Phone: (402) 346-6000
        Facsimile: (402) 346-1148
        robert.slovek@kutakrock.com
        heather.anschutz@kutakrock.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 13th day of July 2009, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which sent notification of such electronic filing to the following:

Jeffrey P. Welch
Johnson Welch P.C.
jwelch@johnsonwelch.com


        By:   /s Robert M. Slovek
                Robert M. Slovek