# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SHIRLEY PETERS,** | ) | |
| **Special Administrator of the Estate of** | ) | |
| **Jimmy Peters, deceased,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:08CV453** |
| | ) | |
| **vs.** | ) | **JUDGMENT** |
| | ) | |
| **COVENANT CARE MIDWEST, INC.,** | ) | |
| **d/b/a Nebraska Skilled Nursing** | ) | |
| **and Rehabilitation,** | ) | |
| | ) | |
| **Defendant.** | ) | |

In accordance with the Order entered this date granting summary judgment for the defendant,

**IT IS ORDERED**:

Judgment is entered in favor of Covenant Care Midwest, Inc. and against Shirley Peters.

Dated this 21st day of September, 2009.

BY THE COURT:


s/ Thomas D. Thalken
United States Magistrate Judge